CR 12 0487

JDL:BGK
F.#2011R01896/NY-NYE-678

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 27 2012 ★
BROOKLYN OFFICE

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SALVADOR CHAVEZ GARCIA,

Defendant.

SALVADOR CHAVEZ GARCIA

- - - - - - - - - - - - - - - - -X

BLOCK, J.

J. ORENSTEIN, M.J.

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(C),
841(b)(1)(D), 846, 853(a)
and 853(p); T. 18,
U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

CONSPIRACY TO DISTRIBUTE MARIJUANA AND COCAINE

1.  In or about and between January 2011 and June 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SALVADOR CHAVEZ GARCIA, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) a substance containing marijuana, a Schedule I controlled substance, and (b) a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(C) and 841(b)(1)(D); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon conviction of the offense charged in this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a)  cannot be located upon the exercise of due diligence;

   (b)  has been transferred or sold to, or deposited with, a third party;

   (c)  has been placed beyond the jurisdiction of the court;

   (d)  has been substantially diminished in value; or

   (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

2

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_Miguel Welch_
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

SALVADOR CHAVEZ GARCIA,

Defendant.

# INDICTMENT

((T. 21, U.S.C., §§ 841(b)(1)(C), 841(b)(1)(D), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

*Nigel Welch*

Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ Clerk

*Bail, $* _____

**Brendan G. King, Assistant United States Attorney, (718) 254-6006**